IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JIMMY C. SHELTON, SR and NEVA L. SHELTON, § § § § § Plaintiffs, § § v. § § NCO FINANCIAL SYSTEMS, INC., § DANIEL STIFFLER, JOHN ROSA § And JOSEPH STANAPECO, § § Defendants § | CIVIL ACTION NO. 4:06-cv-233-RAS (JURY DEMAND) |

## DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 7.1, plaintiff NCO Financial Systems, Inc. ("NCO") hereby discloses:

1. NCO is a Pennsylvania corporation with its principal place of business in Horsham, Pennsylvania.

2. NCO and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc., a publicly held corporation incorporated in Pennsylvania, which is traded on the Nasdaq.

3. SAFECO Asset Management Company is the only publicly held corporation that owns 10% or more of NCO Group, Inc. stock.

4   There is no publicly owned corporation not a party to the case that has a financial interest in the outcome.

Respectfully Submitted,

s/Harrison H. Yoss
Harrison H Yoss        Texas Bar No. 22169030

THOMPSON, COE, COUSINS & IRONS, L.L.P
700 North Pearl Street, 25th Floor
Dallas, Texas 752201
Telephone. 214- 871-8200
Telecopy: 214-871-8209

**ATTORNEYS FOR DEFENDANT
NCO FINANCIAL SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant NCO Financial Systems, Inc.'s Corporate Disclosure Statement* has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 24th day of July, 2006

s/Harrison H. Yoss
Harrison H Yoss