**Appendix K**                                                                 Revised: 12/3/03 FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT                                     EASTERN DISTRICT OF TEXAS
EASTERN DISTRICT OF TEXAS
SHERMAN **DIVISION**                                                  SEP 2 0 2006
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 06 C-0233           DAVID J. MALAND, CLERK
Style: Jimmy C. Shelton, Sr. v. NCO Financial Systems, Inc., et al.
                                                                                  DEPUTY

2. Applicant is representing the following party/ies:
NCO Financial Systems, Inc.

3. Applicant was admitted to practice in  IL  (state) on  11/07/02  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant (has)/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. **None.**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    Please see attached list.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I,  Shannon M. Geier  do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  9/18/06            Signature  *Shannon M. Geier*

Name (please print) Shannon M. Geier
State Bar Number 6277518
Firm Name: SESSIONS, FISHMAN & NATHAN OF IL, L.L.C.
Address/P.O. Box: 1000 Skokie Blvd., Suite 430
City/State/Zip: Wilmette, Illinois 60091
Telephone #: (847) 853-6100
Fax #: (847) 853-6108
E-mail Address: sgeier@sessions-law.com
Secondary E-Mail Address: zpipovic@sessions-law.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 20 day of September, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

## SHANNON M. GEIER
## COURTS TO WHICH ADMITTED

| | |
|---|---|
| Supreme Court of Illinois | 11/07/02 |
| U.S. District Court for the Northern District of Illinois | 12/19/02 |
| U.S. District Court for the Southern District of Illinois | 10/21/03 |
| U.S. District Court for the Central District of Illinois | 10/14/03 |
| U.S. District Court for the Northern District of Indiana | 04/07/05 |
| U.S. District Court for the Eastern District of Wisconsin | 08/16/06 |
| U.S. District Court for the Western District of Wisconsin | 08/23/06 |