## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | |
|---|---|
| JIMMY C. SHELTON, SR., and <br> NEVA L. SHELTON, <br><br> Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br> DANIEL STIFFLER, JOHN ROSA and <br> JOSEPH STANAPECO, <br><br> Defendants. | Court No. 4:06 CV-0233 |

## AGREED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the captioned matter, case number 06 C-0233, be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs.

Respectfully submitted,

*/s/ Jerry J. Jarzombek*

---

Jerry J. Jarzombek
THE LAW OFFICE OF JERRY JARZOMBEK, PLLC
714 W. Magnolia Avenue
Forth Worth, Texas 76104
Phone:  (817) 348-8325
Fax:     (817) 348-8328
E-Mail: jerryj@airmail.net

Counsel for Plaintiffs, Jimmy C. Shelton, Sr. and Neva L. Shelton

2

*/s/ Harrison H. Yoss*

---

Harrison H. Yoss
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Phone:  214-871-8200
Fax:     214-871-8209
E-mail:  hyoss@thompsoncoe.com

*Of Counsel:*
David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two
3850 North Causeway Boulevard, Suite 1240
Metairie, LA 70002-1751
Phone:   (504) 828-3700
Fax:     (504) 828-3737
E-mail:  disrael@sessions-law.biz

Shannon M. Geier
SESSIONS, FISHMAN & NATHAN OF IL, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Phone:  (847) 853-6100
Fax:     (847) 853-6105
E-mail:   sgeier@sessions-law.biz

Counsel for Defendant, NCO Financial Systems, Inc.

N:\NCO\Shelton, Jimmy & Neva (6947-20830)\Pleadings\Stipulation to Dismiss.doc